**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 07-7000**

—————————

WILLIE JOHNSON,

Petitioner - Appellant,

versus

WARDEN, LIEBER CORRECTIONAL INSTITUTION,

Respondent - Appellee,

and

JON OZMINT, Director of South Carolina
Department of Corrections,

Respondent.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Patrick Michael Duffy, District
Judge.  (0:07-cv-00604)

—————————

Submitted:  August 10, 2007        Decided:  August 24, 2007

—————————

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Willie Johnson, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Johnson seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2000) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Johnson has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -